**FILED**

DEC 1 8 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH DIANE FLETCHER,      )
                             )
          Plaintiff,         )
                             )
     v.                      )   Civil Action No.  **12 2025**
                             )
OFFICE OF TRANSPORTATION,    )
                             )
          Defendant.         )

## MEMORANDUM OPINION

Plaintiff alleges that, on November 8, 2012, while riding on a bus in Upper Marlboro, Maryland, an unidentified black male "was enjoy[ing] some kind of oral sex with [her]," and she asks the Court to "check the security system" on the bus "so that Plaintiff can put an end to some of the abuse with oral sex." Compl. at 2 (page number designated by the Court).

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint sets forth no federal question. The parties appear to be citizens of Maryland and the complaint makes no demand for damages, such that diversity jurisdiction is not shown. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE:

12/12/12

_____
United States District Judge